UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-28-SPC-MRM

IRA SHAWNTAE SHAW

# PRELIMINARY ORDER OF FORFEITURE [1]

Before the Court, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves for a Preliminary Order of Forfeiture for an **FN Herstal firearm, serial number GKS0111500**, which was involved in or used in the violation charged in Count One of the Information. (Doc. 24).

Count One of the Information charged Defendant Ira Shawntae Shaw with one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).  The Information contained forfeiture allegations providing Shaw with notice of the Government's intent to seek forfeiture of the firearm used in the commission of the crime charged.  (Doc. 2).

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The Plea Agreement entered between the Defendant and the Government was filed on March 15, 2021. (Doc. 3). In his plea agreement, Shaw admits to possessing the subject firearm in the parking lot of a grocery store in Fort Myers, Florida and that he was aware of his prior felony conviction prior to possessing it. The Defendant also agreed to forfeit all assets and property involved in the commission of the offense charged that are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and that the order of forfeiture would become final at the time it is entered. (Doc. 3).

Shaw appeared before United States Magistrate Judge Mac. R. McCoy on March 25, 2021 and pleaded guilty to Count One of the Information. (Docs. 15; 20). On March 26, 2021, the undersigned United States District Court Judge accepted Shaw's plea and adjudicated him guilty of this instant offense. (Doc. 22).

The United States has established the required connection between the crime of conviction and the asset, and the United States is entitled to forfeit the property.

Accordingly, it is hereby

**ORDERED** that for good cause shown,

1. The Government's Motion for Order of Forfeiture (Doc. 24) is **GRANTED.**

2. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset described above is **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

3. As per the Plea Agreement (Doc. 2), this order shall become a final order of forfeiture at the time it is entered.

4. The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the Government.

**DONE** and **ORDERED** in Fort Myers, Florida, **April 20, 2021**.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record