UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-28-SPC-MRM

IRA SHAWNTAE SHAW

### FINAL ORDER OF FORFEITURE[1]

Before the Court is the Motion for Final Order of Forfeiture filed by the United States on June 30, 2021 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure. (Doc. 34). The Government seeks a final order of forfeiture for the **FN Herstal firearm, serial number GKS0111500**, which asset was subject to the Preliminary Order of Forfeiture issued by this Court on April 21, 2021. (Doc. 25).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of forfeiture, and of the intent to dispose of the asset on the Government's official website, www.forfeiture.gov, beginning April 30, 2021 and continuing through May 29, 2021. (Doc. 27). The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Myers, Florida 33901, a petition to adjudicate their interest within 60-days of the first date of publication. No one has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 34) is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on July 19, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record